IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES LAWSON, | ) | CIV NO. 14-00370 LEK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLOSE CONSTRUCTION COMPANY; and REED TAKAMOTO; JOHN DOES 1-5 | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 28, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Action", ECF NO. [75] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 18, 2016.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JAMES LAWSON VS. CLOSE CONSTRUCTION COMPANY, ET AL; CIVIL 14-00370 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**